**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT O~ ~~~**

Case: 1:22-cv-01832 JURY DEMAND
Assigned To : Unassigned
Civil Action No. _____     Assign. Date : 6/24/2022
            (To be supplied by the c     Description: Pro Se Gen. Civ. (F-DECK)

Willis Earl Jenkins Jr _____, Plaintiff

v.

Elizabeth O'neil (H.O.C) Defendant # 1,

Deputy Rauencamp (D.H.O) Defendant # 2,

El Poso County Jail (colorado springs, Co.) Def #3,

Bill Elder (sherieff) Defendant # 4, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ____ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above caption must be
identical to those contained in Section B. Do not include addresses here.*)

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

#0817136

Willis Earl Jenkins Jr / 2739 East Las Vegas Street Colorado Springs, Colorado 80906
(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓   Pretrial detainee
___   Civilly committed detainee
___   Immigration detainee
___   Convicted and sentenced state prisoner
___   Convicted and sentenced federal prisoner
___   Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Elizabeth Oneil   Head of Classification
                       (Name, job title, and complete mailing address)

2739 East Las Vegas Street Colorado Springs Colorado 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No (*check one*). Briefly explain:

Being employeed with the governmental entity El Paso
County Jail

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 2: Deputy Rovencamp (Disciplinary Hearing Officer)
(Name, job title, and complete mailing address)

2739 East Los Vegas Street Colorado Springs Colorado 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Being employeed with the governmental entity El Poso

County Jail

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: El Paso County Jail in Colorado Springs, Colorado
(Name, job title, and complete mailing address)

2739 East Los Vegas Street, Colorado Springs, Colorado 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Being a governmental entity of municipality

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  42 U.S.C. § 1983 (state, county, and municipal defendants)

✓  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
(federal defendants)    34 U.S.C § 10221 / 34 U.S.c § 10273 / 34 U.S.c § 10385

✓  Other: (*please identify*) 42 U.S.c § 1981/ 42 U.S.c § 1985/ 42 U.S.c § 1988
28 U.S.c § 1331/ 42 U.S.c § 4701 )

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _See Attachments 33 pages 242 sentences_

Supporting facts:

B. Defendants information

Defendant # 4 Bill Elder (Sheriff)

2739 East Las Vegas Street Colorado Springs, Colorado 80906

yes Bill Elder was acting under the color of State or federal law,
Him being the sheriff of El Paso County Jail, a governmental
entity of municipality
Defendant # 4 is being sued in his Individual & official
capacity

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit. Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):            Judge Curtis/ Judge Bency / El Paso County Jail

Docket number and court:            21-CV-02991

Claims raised:                      42-U.sc §/983, CRS /8-1-405 violations, etc.

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    Dismissed

Reasons for dismissal, if dismissed:    Without predjudice

Result on appeal, if appealed:          N/A


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

See Attachments pages ~~exhibits~~ 1 -33   242 sentences

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

May 28, 2022
(Date)

(Revised February 2022)

6

page ~~8~~

## D. Statement of Claims against Elizabeth Oneil

Defendant 1
Elizabeth Oneil
Head of Classification

Head of classification Elizabeth Oneils personal participation by far, far more illustrious as imploring factors weigh in constitutional right violations "Such 'Due Process of Law Amendment 5' sentiments completely detached." [1] [a]

Due process of law Amendment 5 ensures renewed protection any dissatisfied commodity may question, as persons embrace or attempt dialogue supposing possession of their rights. [3] I do say, declaratory decree whos edict declares the rights of plaintiff, or some binding declaration under which the United States constitution declares existing rights in favor of the plaintiff, whom exist not only when I Willis Earl Jenkins, Jr (the Plaintiff) is denied of his right, which I am entitled to, but also when embracing any such rights to ensure protection supporting the possession of their/my rights. [4]

### Claim #1

• My ~~rights~~ "Due process of Law" rights were violated subsequent to the relative, while embracing other federally protected rights to ensure protection supporting the possession of those federally protected rights. [5] When my 5th Amendment Due Process of Law was violated, it was violated as it attempted to ensure protection of my other federally protected rights whom were underseige. [6]

~~Amendment~~ "For factual completion, regarding Amendments: "
1. Freedom of speech advocates completely collapsed with/by the constant neglect to adhere or respond to classification kites (messages) thus preventing

2

Mail Room

JUN 24 2022

U.S. District Court, District of Columbia

page ~~8~~

1) Statement of Claims against Elizabeth Oheil (Head of Classification) Defendant #1

emplorable access to kite other occupants. (7)

5. "Due process of law" sentiments entirely disregarded and disfigured, hence "violated", reassurred acknowledging the constant exertions to maintain disciplinary sanctions before and after the conclusion of disciplinary apparell, diminishing all cordial aspects pronounced as one visits Amendment 6 "rights of the accused" expressions.(8) Inconjunctive too, acknowledging the pious manner in which my housing reviews outcome recommeded continued placement of me, "involuntarily", in Isolated solitary restrictive housing, with no particular intrest in including me in any way with the housing review.(9) "No proof of such" that a housing review even took place related to me in anyway.(10) "

Enveloped all with Amendment 8 Cruel and unusual punishment violations, grasping too my Amendment 14 rights as a Citizen of these United States.(11) Cruel and unusual versitle punishments distributed in ailing fashion but better yet opposed perhaps acknowledging the unruly, unjustified duration in which I have involuntarily been forced to endure since July 2021, over 240 day and counting, Ms Elizabeth Oheil being the supervisory, direct persuassion and camaraderie, extinguishing such staunch dedication and perserverance at her whim to keep me unusually confined to Isolated solitary restrictive confinement.(12)

" Due process of Law devotions achieve universal spontaneous resolve, wherein subtle compliments detail in vibrant fashion any relative regiments imploring.(13) The law which instructs honest, fair, liberal relations upon inquiry and beyond.(14) "

## Claim #2

- Amendment 8 and 14 Violations, Cruel and unusual abnormal

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 9 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 9 of 39

3

Defendant #1

page ▓▓▓   D. Statement of Claims against Elizabeth O'Neil (Head of Classification)

relations in commodity are utilized grotesquely for punishments (15) here throughout this county Jail. El Paso County Colorado Springs, Colorado Jails classification supervisory portions common place preference to bashfully maintain pompous rituals for punishments is grotesquely inhumane, and radiantly saturated through isolated solitary restrictive confinement where I am currently housed. I have been housed here in (16) isolated solitary restrictive confinement punitively and disparingly since (17) July 2021 without any signs of abdicating. Unusual principles, abnormal preferences, cruel correspondence all symbolize the sullenness throughout all corrupt classification sentiments keenly upholding this unshakeable administrations structure. (18)

"The illegal policies, customs, methods and amusement allowed throughout this grotesque administrations classification provisions are monotonous and (19) oppressive without any indication of abdicating." I have been in solitary restrictive confinement twenty three hours a day with only one hour out of my cell each day, and not a single outdoor recreation ever since coming to (20) Jail July 2021. It's inhumane to administer such intolerable punitive provisions (21) upon me unvolantarily. Mental health is definitely disregarded, or more than likely considering the countless devious calculative manuvers of this ignorant county Jail, probably completely regarded and purposely applied to force circumstantial mental health psychological afflictions upon me to harm. Before (22) I had any type of disciplinary fragrance, punitive acts of constitutional right (23) deprivations/malnurishment was established and forced upon me. Twenty three and one ever since July 2021 is inhumane and not right, illegal to say the least, such acts would indeed cripple if not break 90% of the persons who advocate or (24) administer out such staunch punishments. Insult added to injury withstands only

4

page

Defendant #1

D. Statement of Claims against Elizabeth Oneil (Head of Classification)
(25)

anymore than contractors can polish less the tables rotate." And it's a
regular ambition maintained correspondent to this El Paso County, bit of Colorado
(26)
Springs, Colorado. Department of Corrections (D.o.c) doesn't even force
(27)
unvoluntary confinements as harsh or intolerable as these in comparision.
And I am sure it's for a reason, not to mention persons restrained to
the Jurisdiction of Colorados Department of Corrections are no longer
                                                             been
considered not guilty, and have in fact moreso then not ^ found guilty
or admitted guilt, inturn expanding them to the full wrath of Justice
(28)
to be consequenced. So regarding constitutional lineage embraced by me,
"the presumption of innocence", I should be treated in every regard as such,
(29)
not viso-verso. Department of Corrections issue out only 15 days 'max' in
                                                                    (30)
regards to disciplinary consequences when placing a individual in isolated
solitary restrictive confinement after an act. This ignorant corrupt County
Jail in colorado springs, colorado (El Paso County, bil) keeps persons segregated in
solitary restrictive confinement 23-1 for far longer than 15 days, and without
                                                                    (31)
any credited time acquainted as you wait for the disciplinary process. So
you'll find yourself waiting 15 days for the write-up process sitting in
restrictive confinement 23-1, then once you get served on the 15th day
with 30 days you'll have to wait for the paperwork to process which give
or take is 5 days, inturn by the time your said and done you'd have spent
                                                      (32)
50 days in isolated solitary restrictive confinement. An this is no over-exageration,
                                             (33)
it actually the contrary an understatement. Furthermore, like I if gets worst,
even upon the completion of 50 days you still may be unvoluntarily held in
solitary restrictive confinement under disciplinary sactions sanctions unjustified
waiting on a alleged housing review in which you'll take no part of, all the while pushed
and provoked to act up through a multitude of acts to justify the ill mannerism

5

Defendant #1

page 5    D. Statement of Claims against Elizabeth Oneil (Head of Classification)

Conveyed by giving vds another write-up for exercising and arguing just
(34)
clauses.

Mental health and classification go hand in hand when isolated Solitory
(35)
restrictive confinement aspects are at play. Excessive manuvers to hopefully
Justify ill mannered kinks meandering amongst proper prothocal and classification
techniques constantly prevail. Classification lapses need urgent uninterrupted
(36)
attention.
(37)

(38)
Regarding regulations of restrictive housing in Jail 4B-21-1211. Embracing
and acknowledging such an enactments thesis, this bill acknowledges "all"
(39)
commodity meager and vast I have been grievencing about. And embracing
such values and knowledge this Jails classification staff Mr. Elizabeth
Oneil being the supervisor of, still leisurely keeps me under inhumane
conditions albeit 23-1, no news regiments of any kind, no priviledges, under
(40)
100% disciplinary sanctions. This Bill leaves no room for their still continued
illegal misbehavior, just because July 1, 2022 it takes full effect doesnot
mean to keep doing to people what you "know" is to be many
(41)
constitutionally wrong up untill then. Such acts are what give
(42)
civil suits such as this dependability. HB-21-1211 Regulations of
(43)
Restrictive Housing in Jail.

Claim #3, Amendment 14 violations

• G. Request for Relief.

"Compensations correspondent to such tragedies envisioned amount nonethe-
less uniformly are to redeem and accommodate any such losses due to absence
of precious policy" I am requesting a Jury Trial, and monetary Relief in the
amount of 4 million Dollars, $4,000,000.00, Four Million Dollars from Defendant #1
Elizabeth Oneil (Head of Classification)                    Truly, Willis Earl Jenkins Jr.

                                                            W. Effer II

6

Defendant #1

page ~~9~~   D. Statement of Claims against Elizabeth Oneil (Hd.c)

A pretrial detainee may not be punished prior to a lawful conviction, nor prior to the contrary of a conviction, "a Not Guilty" verdict by jurors, without due process of law. Elizabeth Oneil unvolutarily placing me (46) in punitive isolated segregating housing under disciplinary sanctions without giving me an opportunity to be heard is a violation of due process. (47) Elizabeth O'neils acts with the intent to punish me for allegations the governing voices of not only Colorado, but too the people of our nation unanimously pronounced me "not guilty" for, "constitutes unconstitutional pretrial punishment," her falsely and loathsomely mislableing me a sexual predator although I have never in my life ventured any such (48) premises relating me to anything of the sort in my life. Had I been released from jail awaiting these "not guilty verdicts," such exceedingly loathsome punitive restrictions clearly would be terminal to say the (49) least, just as they are now.

Finally in lieu of this heinous affront, being the inhumane duration
                                                      and by which
and unvoluntary conditions I've been unlawfully subjected to, Elizabeth Oneil has wrongfully found sanctuary in placing me, finally I was given a reason, (verbatim general request kites #453168 and #465243), appetizing these (50) insufferable ministrations. However, I do say such reasons personage (51) gleefully ignorant, nevertheless it will suffice. At times dialouge (52) immaculately professes ignorance. Simply I am no high risk sexual predator, and given the remotest chance I was, the insufferable platonic relationship she's orientated towards my housing restrictions 23-1 baffles most, especially acknowledging the amount of actual registered (53) sexual predators/offenders comfortably housed throughout this jail. (54) "Incontestable. Seemingly no remorse, Elizabeth Oheil loathsomely impassive." W. Elliott

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 13 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 13 of 39

7

Defendant #1

page    D. Statement of claims against Elizabeth Oneil (H.O.C)

"Animosity and detestable bias Llamar has no room amongst advocates of resolve prisoners such as myself are to resort to to resolve and grievance wrong doings." W. ✗ II (55)

"H8-21-1211 Regulations of Restrictive Housing in Jail embrace constitutional Amendment assertions whom prevent cruel and unusual sentiments such as my current dilemma." W. ✗ II (56)

"The psychological torture im forced to undergo daily with this involuntary placement in isolated solitary restrictive confinement in this corrupt county jail of Colorado Springs, Colorado is worsening." W. ✗ II (57)

"No decency, alternating negligence is any to no doubt persuade compensations for future Civil actions brought against this awful shroud of an establishment." W. ✗ II (58)

Allegedly I've been having these so called housing reviews, and evidently upon management of such, the reviews conclusions campaign my non-movement from 23-1 isolated solitary restrictive confinement. I do say, my presence should indeed be required when such alleged reviews take place, alongside some type of explanation given to me and proof of such detailing the recommendations of each review, especially when a party such as myself has been subjected to such inhumane conditions, being the duration in which I have been involuntarily placed in isolated solitary restrictive confinement 23-1 since July 2021 to be factually complete. (60)

"Without proof of such reviews persistent with such controversal stands in 23-1 given to the party subjected to, interest unmistakably are inclined to become lawless, simply, subjectors misuse of contemporaries mortify all legal logic and impersonate righteous reviews." W. ✗ II (61)

Defendant #1

page 2    D. Statement of Claims against Elizabeth Cheil (H.O.C)

The untamed onslaught of seemingly just actions taking place in
this El Paso County Jail in Colorado Springs, Elizabeth Cheils absurd ministrations,
alongside the miss taken inflammatories of the other ~~dum~~ defendants, is
~~bitterly~~ bitterly disabling acknowledging the infatuation prompting the under-
current of piddling charges and unruly endeavors to demoralize my being. (6a)

"There is more than ample proof that targeting and ulterior motives
have illegally reigned considerably against me. (63)" W. ~~If~~

"Sincere advances, non-existent I assure you. (64)" W. ~~If~~

"The ill mannered excuses or reasons that are keeping me miserably
and unvoluntarily confined to isolated solitary restrictive housing 23-1
ought to be vigilantly and pleasantly reevaluated by righteous resilient
authorities whom concentrate on just endeavors in lieu of Justice. (65)"

Pure disbelief appeared callously without hesitation upon many
(66)
of the jurors faces. They were simply startled as details of the case and
court proceeds revealed such injustices, or if I may, "the governing voices
of not only Colorado but too the people of our nation," as 21m 4803
May 10, 2022 and 21m 5711 May 9, 2022 Jury trials tentatively took
place, those jurors unanimously pronouncing me "not guilty" on both
(67)
Occasions.

"Sheer stubbornness," among other things has left my constitutional
perserverances delicate sensibilities "miserably disfigured", inconjunctive to
my foremost ingrained understanding of undulation acquainted with the
existence of my rights in which I fully embrace as a citizen of these
(68)
United States to avert foul play. W. ~~If~~

"No remorse foreseen, disturbing to say the least such rambunctious

9

D. Statement of Claims against Elizabeth O'Neil (H.Q.C)  Defendant #1
(Q9)

sordid accusations and punishments are, and have been." w/sh II

Aspects revolving around the ill mannered, unjustified, demoralizing
continued placement of me in isolated solitary restrictive housing 23-1
ever since July 2021 undoubtedly are enveloped and adjacent "adjunct" with
every element of my "Not Guilty Verdicts" May 9, 2022 and May 10, 2022
(10)
in Division E. I do say, the unabated reason in which classification found
just sanctuary with involuntarily placeing me in such an illegal state
pretained directly to these allegations, whom classification utilized to mis-
lable me as a high risk sexual predator, prematurely," "punishing me above
the courts and before the people of our nation, inarguable." Such
morose behavior is constantly appraised throughout this lawless excuse
for an establishment, completely disfiguring all Due process sentiments,
condemning before acknowledging and utilizing the proper cordial avenues
in which our society thrives to escort clarity peaceably into the
vast arsenal of misunderstanding and wrong doings, wrong doings such as
my current dilemma whom will without a doubt again require the
same people of Colorado to come together an utilize the same requisits
that were extinguished and relished for my jury trials 21m1803 May
10, 2022, and 21m5711 May 9, 2022 to settle and clarify these unlawful
(12)
misunderstandings as wrong.

"Acknowledging HB-21-1211 regulations of restrictive housing in Jail, my
Not Guilty Verdict" can poise indeed be admirebly opinioned an accessory
to launder all ill mannered requisits in league liesurely misstaten to
cause these circumstantial constitutional right violations, undisputable." w/sh II
(13)
"I'djecy constantly accumulating irreconcilable rhythm in lieu
(14)
of Justice." w/sh II

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 16 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 16 of 39

10

Defendant #1

page 8   D. Statement of Claims against Elizabeth Oneil (H.O.C)

"Allowance premitting such adolescent disdain to corroborate such
irrational over excessive musings affixed to torture and punish me
for mere allegations entermixed with the courts whos outcome
May 9, 2022 #21m574 and May 10, 2022 #21m4803, opinioned me "Not
Guilty is susceptible to dwindle my last reserves of strength." (15)

" Imprachical innocuous verbage, followed by irresolute vicious
acts grudgingly unchallenged, are seemingly unabated as disturbing
depravities eagerly supplant in inexcusable excesses without
hesitation, on the verge of litterally disfiguring the cordialty radioted
amongst appropriate arbitraments peaceably opinioned to accentuate
Constitutional rights." (16)   W. & [signature]

" Clearly must be a state of delirium if Elizabeth Oneil believes
Such reasoning will suffice." (17)   W. & [signature]

Furthermore, legally it takes a significant amount of requirements
and registration conquests to even wantonly interpret a person as a
high risk sexual predator/offender, requirements and conquests I
have "never" once in my life encountered nor ventured such
premises of. Such morose behavior driving these insufferable
hostilities towards me proves implications revolving around the (19)
ministrations Elizabeth Oneil, aspires need immediate consultation.
" #1,333,333.33 per claim"

• G. Request for relief - Jury trial; Injunctive Reliefs; Monetary Relief

" Compensations correspondent to such tragedies envisioned amount nonetheless
uniformly are to redeem and accommodate any such losses due to Absence of
precious policy." I am requesting a jury trial, and monetary relief "1,333,333.33 per claim
in the amount of 4 million Dollars," 4,000,000.00, Four, Million Dollars from
Defendant #1 Elizabeth Oneil (Head of Classification) Tidy, Willis Earl Jenkins Jr
May 28, 2022   W. & [signature]

page ~~17~~   D. Statement of Claims against Deputy Ravencamp (Disciplinary Hearing officer) Defendant #2

Deputy Ravencamp's personal participation revolves around a phrase impossible of precise definition, a phrase which asserts a fundamental principle of Justice rather than a specific rule of Law. (82)

Claim #I = One Million Dollars
$1,000,000.00

"Due Process of Law Violations" — Jury Trial, monetary Relief, injunctive relief
"Amendment #5 of the United States Constitution provisions concerning Due Process of Law, and just compensation clauses, has acquired the utterly rancid fragrance of which deprivations whom by declaratory decree declares only exist when I ~~the plaintiff~~ Is Denied of his right which he be entitled to." (83) Willis Earl Jenkins Jr the plaintiff ~~be entitled to.~~

"Due Process of Law Violations embark when the right to protection from Violation of any of the fundamental conceptions of Justice who lay at the base of our civil and political institutions takes place, for instance my Amendment 8 and Amendment 14 dilemma acknowledging the anguish, and ailing psychological effects caused by the cruel inhumane duration I have been placed in isolated solitary restrictive confinement (over 200 days). The cruel psychological ~~effect~~ stress created from this involuntary placement and duration in ~~isolated~~ solitary restrictive Confinement has been like physical torture." (85) W. E. Jr II

"Due process of Law Violations so unyeilding and display themselves in vibrant fashion with the unconstitutional way Deputy Ravencamp being the disciplinary hearing board officer ceaselessly, and wrongly distributed confinement time upon me without the required case evaluation ~~or~~ on a balanced order of facts, exactly and fairly stated with the detached

12

page 18  D. Statement of Claims against Deputy Rovencamp (Disciplinary Hearing officer)
(30) Defendant #2

consideration of conflicting claims. Not only on a judgement non bias, and episodic, but too duly mindful of reconciling the needs both of continuity and of the law which instructs honest fair, liberal relations upon inquiry and beyond." (87)

Liberty to satisfy such investigative avenues or alternative sanctions other than isolated solitary restrictive confinement once an individual such as myself has been subjected to so much opportune over exasperated (88) Stoicism has been simply "non-existent." Deputy Rovencamp simply just signing off accounts without extinguishing proper mannerisms regarding due process, is another example of the "underlining factors" exercising "manipulations" of designed contentions embraced, and engineered to dislodge and reassemble (89) the cordiolty of designed mannerisms. Outside of formality mannerisms which guide order and ensure directions, emphasized contempt" entermixed with excuses to carry contemptuous seemingly just actions into play, although explicitedly out of the cardinal designed order, relate afflictions immersed (90) through most devious and secretive corrupt acts. An to regularly accept illustrations of such manuvers, "polish" and remarkably give the irregular movements "incentive" to keep emerging time and time again, "creating one obscurity" to assist lazy, obnoxious, unjust, irresponsible characteristics of people and administrations such as this Colorado Springs, Colorado El Paso County Jail who is in a state of decay disfiguring all legal logic" by "enforcing lawless conceptions" of just, forcing I Willis Earl Jenkins Jr to "over 280 days" in isolated solitary restrictive confinement and as of today still counting (91) since July 2021. As of today too acknowledging HB-21-1211, 17-26-301 C.R.S etc... I'm still punitively being held in isolated solitary restrictive confinement with only one hour out of my cell a day under limited privileges and disciplinary (92) sanctions.

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 19 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 19 of 39

13

Defendant #2   "One million Dollars"

page 2   D. Statement of Claims against Deputy Ravencamp (D.H.O) $ 1,000,000.00

Injunctive relief

Claim #2 Amendment 14 Violations - Jury trial, Monetary relief

Atypical erroneous reports have given me unfair an bias opportunity to be heard, during the loathsome endeavors afforded to plead my resumed unconstitutional situation. No reverence, just bitterly administering out confinement time in inexcusable excesses. I assure you sanctions other than disciplinary time have in no way been utilized." Excruciating infatuation with such ailing ministrations, opposed to giving me the cardinal opportunity of being heard with regard to these punitive measures, has been non-existent. Many hearings have been simply wrought with ill mannered requisits claiming refusals to sign and administering waivers of hearings effusively.

"Understanding of the psychological distress caused by involuntarily placing people in 23-1 for inhumane durations is not only objectionable, but too a heinous crime." Every friendly overture or cordial conquest I've attempted to communicate the insufferable nature of this 23-1 environment in lieu of some resolve, or the remotest chance some supervisor will adhere "my grievances" stating its more than mere propaganda that these insufferable conditions have lead to multiple suicides has clearly gone disapproved. Insolence. Such morose behavior with the listlessness of Deputy Ravencamps mannerisms has driven people where im unvoluntarily housed to commit suicide or attempt suicide at an alarming rate. All understanding of the psychological distress strident with the cruel and unusual manner in which this jails policies and customs delightfully, and wrongfully subject people to 23-1 for durations as long as they do is insufferable, and tarnishing all immediate embellishments prescribed verbatim H8-2C-1211 Regulations of Restrictive housing in jails.

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 20 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 20 of 39

14

Defendant #2

page ~~6~~   D. Statement of claims against Deputy Ravencamp (D.H.O)

Regarding atypical interest with obstructions of legitimate lapses
by interfering and impersonating just movements with devious manipulations (102)
of time variables in the computer disciplinary time management system.
Acknowledging a couple prior disciplinary infractions in which I was
found guilty incidents: 20011001 12/21/21 five days, and incident 21C010268
11/27/21 fifteen days, how in gods name does the hole time in the computer
relay that the time is merely subsiding February 11, 2022. Sixty unjustified (103)
days, how do you explain such ill mannered reflections of regiments. (104)
Seditious acts supports the treasonous advocates of odious irreconcilable
regiments utilized to manipulate time variables, especially when
Deputies relayed to me personally in the past the aspects of when (105)
my disciplinary hole time started and stopped for both disciplinary actions.

"Radiant grotesque symbolications of devious aspects consume the (106)
integrity of this oppressive and lawless excuse for an administration." W. G. Jr. II

"Due process sentiments ought to be accurate and unchallenged as
delicate sensibilities enclose pledging constitutional reverence, impromptu
extremities whom go unjustified in quarrelsome variations meandering
throughout primal insight tarnish all cordial ministrations providence (107)
in lieu of Justice." W. G. Jr. II

"Not capable of being fully described, only savored in my proud heart
whos only crime is holding fast to what rights belong to em and are being
taken away." W. G. Jr. II (108)

"Neglect to align reliable geography in lieu of Justice facilitates
unruly advocates." W. G. Jr. II (109)

"Inadequate reprieve assures disorder, inconjunctive to the demise of
vigilant manuscripts earnest procession in lieu of Justice." W. G. Jr. II (110)

15

page

Defendant #2
D. Statement of Claims against Deputy Ravencamp (Disciplinary)
(Hearing Officer)

"Not only does no man in a government hold power by personal right, but that he has no authority independent of those he governs.[111]

I have demonstrated that the depositories of the executive power are not the masters of the people, but its officers.[112] That the people (myself) may establish or remove them as it pleases.[113] "That for these officers there is no question of contracting, but only of obeying."[114] "That in undertaking the ~~fashions~~ functions which the state imposes on them, they only fulfill their duty as citizens, with no right of any kind to dispute the terms."[115]

• G. Request for Relief—Jury Trial; injunctive Relief; monetary Relief

"Compensations correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of precious policy."[116]

I am requesting a Jury Trial, and Monetary Relief in the amount of 2 million Dollars, $2,000,000.00. Two Million Dollars from Defendant #2 Deputy Ravencamp The Disciplinary Hearing Board officer.[117] Also Injunctive Relief.[118] One Million Dollars per claim.[119]

May 20
2022

Truly, Willis Earl Jenkins Jr
W.E.Jenkins II

Case 1:22-cv-02336-LTB Document 1 Filed 06/24/22 USDC Colorado Page 22 of 39
Case 1:22-cv-01832-UNA Document 1 Filed 06/24/22 Page 22 of 39

16

Defendant #2

page ~~[redacted]~~ I) Statement of Claims against El Paso County Jail in Colorado Springs

Claim #1 $2,00, as in Injunctive relief, Monetary Relief
Colorado
Jury Trial

Amendment 5 (Violations), Due Process of Law

El Paso County Colorado Springs, Colorado's Jail haphazard politicks whom contribute and escort its customs of extended inhumane steak in isolated solitary restrictive confinement is not only arbitrary, purposeless, alongside excessive with seemingly no alternative, I do say its customs are a direct unruly link to Due Process of Law Amendment 5 violations, Cruel and Unusal Punishment Amendment 8 Violations, Citizens of the United States Amendment 14 violations, and Freedom of Speech violations Amendment 1, all of which prohibits cruel and unusal versitile punishments. (17a)

Casual would embrace argumentive clumsy exercises of administrative unaccustomized behaviors, "Vibrant link violations" rather passionately accompanies the unreasonable dangerous accommodations in which I have been punitively enveloped, without any signs of abdicating. (181) I do say "unreasonable" with amicable understanding of the word, because if I could devise or conjure up some "reason" for this odious El Pas. County Colorado Springs, Colorado Jails administration who is clearly in a state of decay" unable to even be able the recipient of basic mails, "them" i'd supply such reason. Absurd dereliction, astoundingly unjustified, completely mystified, vibrantly unreasonable, are all very much reliable terms to articulate the exhaustive process I have devoted very much of my time through the grievance/general request sentiments provided in hopes this (127) Jail'll relinquish some "reason." There is no reason to keep me in isolated Solitary restrictive confinement ever since "July 2021" under disciplinary sanctions, one hour out of my cell a day, not a single outside recreation, frigid conditions

(7

Defendant #2

page ▆▆▆ D. Statement of Claims against "El Paso County Jail in Colorado Springs"

"Canoid Faul odors of feces, disciplinary sanctions which    Colorado
include no privileges no commissory, no towel boxers soaks t-shirts visits
etc. To include Freedom of speech violations, disregarding many of my
grievances due to a 5 day protocol, a protocol of which I have only
been unable to meet due to their very own negligent response manners (12·5) ▆
whom by which prevent my ability to enter a timely grievance.

"Such punishments imposed upon me being an additional
punishment above the criminal courts is prohibited. W. 8f... II (126),▆

"The duration of this stead im still undergoing and enduring
in isolated solitary restrictive confinement is of a cognizable liberties (127) ▆
interest." W.8f... II

"This local governmental entity isn't solely liable because of their
employees or ostensible partners who have inflicted undoable constitutional
deprivations/injuries on me, but too because of all its inarguable,
undisputable camaraderie being its "policies and customs" triumphing
over constitutional lineage whom prohibit extended unreasonable
durations in isolated solitary restrictive confinement under the 23-1 conditions (128),▆
in which I am being held." W.8f... II

Claim #2 /$2,000,000.00 Injunctive Relief, monetary Relief   Jury Trial

Amendment 1 Violations "Freedom of Speech"

El Paso County Jail of Colorado Springs, Colorado is not only being
apprehended for Amendment 8 cruel and unusual versatile punishments, but too
is being apprehended regarding policies and customs utilized for disciplinary
conditions thus violating Due Process of law Amendment 5 assertions along-
side "Amendment 1 Freedom of speech violations," which prohibit agencies
of such prestigious municipality, hence "Home rule charter" authorizations

48

Defendant #2

page ▓▓▓  D. Statement of Claims against "El Paso County Jail in Colorado Springs,
Colorado
Such as jail confines ^to prevent the right ^of prisoners to fully complain or grievance
matter through proper grievance avenues. This ▓▓ ridiculous agency (129)
has violated my freedom of speech rights on a global scale, proven
vibrantly throughout the vast amount of grievance the neglect to
adhere my concerns or change policy. (130)

"Quite simply abundant grievances I have entered exercising
my 1st Amendment right to resolve issues have either been disregarded
due to a ill mannered/ignorant policy, or purposely unanswered creating
an ill mannered approach on my behalf. (131) w.a.f.r $\overline{II}$

"Freedom of speech violations are broadly conveyed when
avenues to complain or cordially grievance matter is thwarted or
stopped. (132) w.a.f.r $\overline{II}$
2.damages Injective relief
Jury Trial, Monetary relief
Claim #3  Amendment 14 violations/Amendment 8 violations

"Defendants in District of Columbia recieve equivalent protection
to Due Process Clause of 14th Amendment under Due Process Clause
of 5th Amendment. (133)

"Under 14th Amendment, "due process" emphasizes fairness between
state and individual dealing with state, regardless of how other
individuals in some situation may be treated; "equal protection" on
other hand, emphasizes disparity in treatment by state between classes
of individuals whose situations are orguably indistinguishable (134)

✱✱✱ "14th Amendment does not create protected interests, but if one is
fans to exist by reason of some independent source, 14th Amendment
protects it (135)

"Discrimination that violates equal protection Clause of 14th Amendment
committed by institution that accepts federal funds also constitutes violation of
Title $\overline{XII}$ Amendment 14 Annotations notes & Decisions A General Consideration (136)

19

Defendant # 2

page ~~XXX~~ D. Statement of Claims against El Paso County Jail in Colorado Springs, Colorado

"Animosity and detestable bias clamor has no room amongst advocates of resolve prisoners such as myself are to resort to to resolve and grievance wrong doings." W. E/ II (137)

"HB-21-1211 Regulations of Restrictive Housing in Jail embrace Constitutional Amendment assertions whom prevent cruel and unusual sentiments such as my current dilemma." W. E/ II (138)

"The psychological torture im forced to undergo daily with this involuntary placement in isolated solitary restrictive confinement in this corrupt county jail of Colorado Springs, Colorado is worsening." W. E/ II (139)

"No decency, alternating negligence is coy to no doubt persuade compensations for future civil actions brought against this awful shroud of an establishment." W. E/ II (140)

Allegedly I've been having these so called housing reviews, and evidently upon management of such, the reviews conclusions campaign my non-movement from 23-1 isolated solitary restrictive confinement. I do say, my presence should indeed be required when such alleged reviews take place, alongside some type of explanation given to me and proof of such detailing the recommendations of each review, especially when a party such as myself has been subjected to such inhumane conditions, being the duration in which I have been involuntarily placed in isolated solitary restrictive confinement 23-1 since July 2021 to be factually complete. (142)

"Without proof of such reviews persistent with such controversal stands in 23-1 given to the party subjected to, interest unmistakably are inclined to become lawless, simply, subjectors misuse of contemporaries mortify all legal logic and impersonate righteous reviews." W. E/ II (143)

20

Defendant # I

page ▨▨▨ D. Statement of Claims against El Paso County Jail in Colorado Springs, Colorado.

The untamed onslaught of seemingly just actions taking place in this El Paso County Jail in Colorado Springs, ▨▨▨▨▨▨▨▨ absurd ministrations, alongside the miss taken inflammatories of the other ▨▨▨ defendants, is ▨▨▨▨▨ bitterly disabling acknowledging the infatuation prompting the under-current of piddling charges and unruly endeavors to demoralize my being. (uij)

" There is more than ample proof that targeting and ulterior motives have illegally reigned considerably against me. (145) ▨▨▨▨▨ We ▨▨ II

" Sincere advances, non-existent I assure you. We ▨▨ II

" The ill mannered excuses or reasons that are keeping me miserably and unvoluntarily confined to isolated solitary restrictive housing 23-1 ought to be vigilantly and pleasantly reevaluated by righteous resilient authorities whom concentrate on just endeavors in lieu of Justice. " ▨▨▨

Pure disbelief appeared callously without hesitation upon many of the jurors faces. They were simply startled as details of the case and court proceeds revealed such injustices, or if I may, "the governing voices of not only colorado but too the people of our nation," as 21m 4803 May 10, 2022 and 21m 5711 May 9, 2022 jury trials tentatively took place, those jurors unanimously pronouncing me "not guilty" on both occasions. (149)

" Sheer stubbornness," among other things has left my constitutional perserverances delicate sensibilities "miserably disfigured", inconjunctive to my foremost ingrained understanding of undulation acquainted with the existence of my rights in which I fully embrace as a citizen of these United States to avert foul play. We ▨▨ II

" No remorse foreseen, disturbing to say the least such rambunctious

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 27 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 27 of 39

21

Defendant #1

D. Statement of Claims against El Paso County Jail In Colorado Springs, Colorado
sordid accusations and punishments are, and have been." W/ref II (51)

Aspects revolving around the ill mannered, unjustified, demoralizing
continued placement of me in isolated solitary restrictive housing 23-1
ever since July 2021 undoubtedly are enveloped and adjacent" "adjunct"
every element of my "Not Guilty Verdicts" May 9, 2022 and May 10, 2022 (152)
in Division E. I do say, the unabated reason in which classification found
just sanctuary with involuntarily placeing me in such an illegal state
pretained directly to these allegations, whom classification utilized to mis-
lable me as a high risk sexual predator, prematurely," "punishing me above (53)
the courts and before the people of our nation, inarguable. Such
morose behavior is constantly appraised throughout this lawless excuse
for an establishment, completely disfiguring all Due process sentiments,
condemning before acknowledging and utilizing the proper cordial avenues
in which our society thrives to escort clarity peaceably into the
vast arsenal of misunderstanding and wrong doings, wrong doings such as
my current dilemma whom will without a doubt again require the
same people of Colorado to come together an utilize the same requisits
that were extinguished and relished for my jury trials 21m4803 May
10, 2022, and 21m5711 may 9, 2022 to settle and clarify these unlawful
misunderstandings as wrong. (54)

"Acknowledging H3-21-1211 regulations of restrictive housing in Jail," my
Not Guilty Verdict" can indeed be admirably opinioned an accessory
to launder all ill mannered requisits in league liesurely misstaken to (55)
cause these circumstantial constitutional right violations, undisputable. W/ref II

"I obey constantly accumulating irreconcilable rhythm in lieu (56)
of justice. W/ref II

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 28 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 28 of 39

22

(Defendant # 7)   "Twomillion Dollars"
$2,000,000.00

page ▓▓▓   D. Statement of Claims against El Paso County Jail in Colorado Springs   Injunctive relief

Claim #4/ Amendment 14 Violations   Jury trial, Monetary relief

Atypical erroneous reports have given me unfair an bias opportunity to be heard, during the loathsome endeavors afforded to plead my resumed unconstitutional situation. (157) No reverence, Just bitterly administering out confinement time in inexcusable excesses. (158) I assure you sanctions other than disciplinary time have in no way been utilized. (159) Excruciating infatuation with such ailing ministrations, opposed to giving me the cardinal opportunity of being heard with regard to these (160) punitive measures, has been non-existent. Many hearings have been simply wrought with ill mannered requisits claiming refusals to sign and administering waivers of hearings effusively. (161)

"Understanding of the psychological distress caused by unvoluntarily placing people in 23-1 for inhumane durations is not only objectionable, (162) but too a heinous crime." Every friendly overture or cardial conquest I've attempted to communicate the insufferable nature of this 23-1 enviornment in lieu of some resolve, or the remotest chance some supervisor will adhere "my grievances" stating its more than mere propaganda that these insufferable conditions have lead to multiple (163) (164) suicides has clearly gone disapproved. Insolence. Such morose behavior with the listlessness of this County Jails mannerisms has driven people where im unvoluntarily housed to commit suicide or attempt suicide at (165) an alarming rate. All understanding of the psychological distress strident with the cruel and unusual manner in which this jails policies and customs delightfully, and wrongfully subject people to 23-1 for durations as long as they do is insufferable, and tarnishing all immediate embellishments prescribed verbatim H8-21-1211 Regulations of Restrictive housing in Jails. (166)

23

Defendant #2

page ~~████~~ D. Statement of Claims against El Paso County, Jail in Colorado Springs, Colorado

Regarding atypical interest with obstructions of legitimate lapses by interfering and impersonating just movements with devious manipulations of time variables in the computer disciplinary time management system. (67) Acknowledging a couple prior disciplinary infractions in which I was found guilty incidents: 20011001 12/22/21 five days, and incident 21C010868 11/27/21 fifteen days, how in gods name does the hole time in the computer relay that the time is merely subsiding February 11, 2022. Sixty unjustified days, how do you explain such ill mannered reflections of regiments. (69) Seditious acts supports the treasonous advocates of odious irreconcilable regiments utilized to manipulate time variables, especacially when Deputies relayed to me personally in the past the aspects of when (70) my disciplinary hole time started and stopped for both disciplinary actions. (70)

"Reddant grotesque symbolications of devious aspects consume the integrity of this oppressive and lawless excuse for an administration." W. of H (171)

"Due process sentiments ought to be accurate and unchallenged as delicate sensibilities enclose pledging constitutional reverence, impromptu extrimities whom go unjustified in quarrelsome variations meandering throughout primal insight tarnish all cordial ministrations providence in lieu of Justice. (172) W. of H II

"Not capable of being fully described, only savored in my proud heart whos only crime is holding fast to what rights belong to em and are being taken away. (173) W. of H II

"Neglect to align reliable geography in lieu of Justice facilitates unruly advocates. (174) W. of H II

"Inadequate reprieve assures disorder, inconjunctive to the demise of vigilant manuscripts earnest procession in lieu of Justice." W. of H II (175)

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 30 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 30 of 39

24

Defendant #1

page ~~(24 a,b)~~. Statement of Claims against El Paso County Jail in Colorado Springs Colorado

G. Request for Relief.

Jury Trial, Injunctive Relief, Monetary Relief (170) ~~(24 a)~~

"Eight Million Dollars in all, $2,000,000.00 per Claim.

"Compensations Correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of precise policy. (177) "~~(24 a)~~

I am requesting a Jury Trial, Injunctive Relief, and monetary Relief in the amount of 8 Million dollars, $8,000,000.00 eight Million dollars from Defendant #1 the El Paso County Jail in Colorado springs, Colorado. ~~(24 a)~~ (178)

May 28, 2022                    Truly Willis Eal Jenkins Jr

                               W.E _____ II

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 31 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 31 of 39

25

Defendant #2

D. Statement of Claims against Sheriff Bill Elder

"Due process of law deductions achieve universal spontaneous resolve wherein subtle compliments detail in vibrant fashion any relative regiments imploring." (179) (out) W. e for II

"The law which instructs honest, fair, liberal relations upon inquiry and beyond" (out) (180) /W. e for II

Claim #1   #2 cyl, arvs.vs   Jury trial   Injunctive Relief, monetary relief

Due process of Law, Amendment 5 Violations

I do say Just like this citations emanivit, quite frankly each element of such inflection "has" succumb to sheriff Bill Elders vastness. It is indeed promulgated broadly his elite responsibility for the eastless ceaseless operational policies who undoubtedly persuade any meager or pronounced appraisal of policy lesser staff (Deputies, officers, etc.) relay to me through grievance sentiments, (180) (out) or that of which can be found upon the Jails Kiosk. Chided, such ill mannered policy and customs has caused demoralizing "harm," and "effects," acknowledging the facts that such policy and customs has left me unvoluntarily in isolated solitary restrictive confinement for a cruel and unusual amount of time, "still" with no signs of abdicating. Since July 2021 to be factually complete. (183) " (out)

"Privy to not undermine Bill Elders State of mind, to be anything other than "aware" of such durations in isolated solitary restrictive confinement 23/1, or "sentiments" perhaps. I do say would discourage any occupants dispute driven to assist or defend Sheriff Bill Elders " State of mind" to facilitate." (184) " (out)  W. e for II

"Awareness of such tenuous matters meager or pronounced

26

page ▓▓▓▓  D. Statement of Claims against Sheriff Bill Elder    Defendant #2

with the correct state of mind it takes to facilitate such, prevent governmental entity deprivations, I do say ignorance of such matter is far from an immunity. (85) ▓▓▓ W. ℓ /for II.

"Constitution right deprivations with the correct state of mind "shall not" be regular, nor present. (86) ▓▓▓ W. ℓ /for II

"The question of if Sheriff Bill Elder acted with the state of mind required to establish these circumstantial constitutional right Deprivations quite frankly is a misuse of relevance, because a foul, or incorrect state of mind pivots directly to his ability to facilitate or lack thereof. (87) ▓▓▓ W. ℓ /for II

Claim #1 (2 do) arises Injunctive relief, Monetary Relief    Jury trial
Freedom of Speech, Amendment #1 violations

"There is absolutely a painful, but affirmative link between these Constitutional deprivations/right violations, such as Amendment 1 Freedom of Speech violations; Amendment 5 Due process of law violations, and Amendments 8 & 14 cruel and unusual punishments, citizens of these United States violations where Sheriff Bill Elder pleasantly is to be held liable, acknowledging his seclusion to all the rhetoric procured with the precision of following policy, or lack thereof, this consequencing employees for failure to meet his policies or customs platitudes, standards per-say. (88) ▓▓▓ W. ℓ /for II

"By virtue of his own state of mind/conduct arising from Bill Elders superintendent responsibilities, sheriff Bill Elder not only plausibly, but to knowingly incur ignominy through the resilient manner in which my grievances are adhered, whom he should prioritize and gradually facilitate any inefficiencies alongside interpret any unruly advocates I may be

27

Defendant #2

page    D. Statement of Claims against Sheriff Bill Elder

unearthing once prily to such constitutional right deprivations, acknowledging
the amount of grievances I have exhausted, "my exhibit absolutely
envelopes every element of Sheriff Bill Elders Superintendent official
and individual capacity." W. Ex/r II          (189)

"Bill Elder (sheriff) not only an ostensible partner, but too is
privy to all financial financial retributions and pecuniary gain reasured
through the El Paso County Colorado Springs, Colorado Jail. Reliable personal       (190)
participation not only can be alledged by him being the supervisory official,
"any assistant or employees acting in accordance to an agencies customs,
policies, or ordiance and is immersed in such a fashion to contract of
financial retributions, pecuniary gain, or insurance, is liable to profund
apprehension to that of any deprivation of a federally protected right,
enactant with constitutional right violations for failure to supervise
any inchoate sentiments." (191)                    I'd dean as Injunctive
                                                         relief,
    Claim #3  Amendment 14 violations / Amendment 8 violations    jury trial, monetary
                                                                   relief
    "Pretrial detainees right not to be punished is as expansive as
converted prisoner's 8th Amendment rights. (192)

    "In order to allege 8th Amendment violations, plaintiff must allege
that accept of State committed acts as punishment shocking to the
conscience. Over 300 days in isolated solitary restrictive confinement    (193)
23/1 under disciplinary sanction although not being committed by
way of a disciplinary write-up majority of the time is shocking an
inhumane." W. Ex/r II    (194)

***  "Allegations that prison conditions involved wanton and unnecessary
infliction of pain, or are grossly disproportionate to severity of particular crime,
or are without any penological purpose fall squarely within ambit of this
Amendment 8 - Not Due process Clause." (95)

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 34 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 34 of 39

28

page ~~34~~ D. Statement of Claims against Sheriff Bill E Hder Defendant #2

"Animosity and detestable bios Clamor has no room amongst advocates of resolve prisoners such as myself are to resort to to resolve and grievance wrong doings." W. E/ II  (96)

"H8-21-1211 Regulations of Restrictive Housing in Jail embrace Constitutional Amendment assertions whom prevent cruel and unusual sentiments such as my current dilemma." W. E/ II  (97)

"The psychological torture im forced to undergo daily with this involuntary placement in isolated solitary restrictive confinement in this corrupt county jail of Colorado Springs, Colorado is worsening." W. E/ II  (98)

"No decency, alternating negligence is coy to n doubt persuade compensations for future civil actions brought against this awful shroud of an establishment." W. E/ II  (99)

Allegedly I've been having these so called housing reviews, and evidently upon management of such, the reviews conclusions campaign my non-movement from 23-1 isolated solitary restrictive confinement. I do say, my presence should indeed be required when such alleged reviews take place, alongside some type of explanation given to me and proof of such detailing the recommendations of each review, especially when a party such as myself has been subjected to such inhumane conditions, being the duration in which I have been involuntarily placed in isolated solitary restrictive confinement 23-1 since July 2021 to be factually complete.  (200)(201)

"Without proof of such reviews persistent with such controversal stands in 23-1 given to the party subjected to, interest unmistakably are inclined to become lawless, simply, subjectors misuse of contemporaries mortify all legal logic and impersonate righteous reviews." W. E/ II  (202)

page ~~### 3~~ D. Statement of Claims against Sheriff Bill Elder Defendant #2

The untamed onslaught of seemingly just actions taking place in
this El Paso County Jail in Colorado Springs, ~~Sheriff Bill Elders~~ absurd ministrations,
alongside the miss taken inflammatories of the other ~~this~~ defendants, is
~~bitterly~~ bitterly disabling acknowledging the infatuation prompting the under-
current of piddling charges and unruly endeavors to demoralize my being. (203)

" There is more than ample proof that targeting and ulterior motives
have illegally reigned considerably against me. (204) " W. ⚡ II

" Sincere advances, non-existent I assure you. (205) W. ⚡ II

" The ill mannered excuses or reasons that are keeping me miserably
and involuntarily confined to isolated solitary restrictive housing 23-1
ought to be vigilantly and pleasantly reevaluated by righteous resilient
authorities whom concentrate on just endeavors in lieu of Justice." (86) W. ⚡ II

" Pure disbelief appeared callously without hesitation upon many
of the jurors faces. They were simply startled as details of the case and
court proceeds revealed such injustices, or if I may, "the governing voices
of not only Colorado but too the people of our nation," as 21m 4805
May 10, 2022 and 21m 5711 May 9, 2022 Jury trials tentatively took
place, those jurors unanimously pronouncing me "not guilty" on both
occasions." (207) W. ⚡ II

" Sheer stubbornness," among other things has left my constitutional
perserverances delicate sensibilities "miserably disfigured", inconjunctive to
my foremost ingrained understanding of undulation acquainted with the
existence of my rights in which I fully embrace as a citizen of these
United States to avert foul play. (208) W. ⚡ II

" No remorse foreseen, disturbing to say the least such rambunctious

page ~~~~ D. Statement of Claims against sheriff Bill Elder, Defendant #2
(204)
sordid accusations and punishments are, and have been." W. ↑ II

Aspects revolving around the ill mannered, unjustified, demoralizing
continued placement of me in isolated solitary restrictive housing 23-1
ever since July 2021 undoubtedly are enveloped and adjunct "adjunct" with
every element of my "Not Guilty Verdicts" May 9, 2022 and May 10, 2022
(210) in Division E. I do say, the unabated reason in which classification found
just sanctuary with involuntarily placeing me in such an illegal state
pretained directly to these allegations, whom classification utilized to mis-
lable me as a high risk sexual predator, "prematurely," "punishing me above
(211) the courts and before the people of our nation, inarguable. Such
morose behavior is constantly appraised throughout this lawless excuse
for an establishment, completely disfiguring all Due process sentiments,
condemning before acknowledging and utilizing the proper cordial avenues
in which our society thrives to escort clarity peaceably into the
vast arsenal of misunderstanding and wrong doings, wrong doings such as
my current dilemma whom will without a doubt again require the
same people of abroad to come together an utilize the same requisits
that were extinguished and relished for my jury trials 21nr1803 May
10, 2022, and 21m5711 May 9, 2022 to settle and clarify these unlawful
misunderstandings as wrong. (212)

"Acknowledging H3-21-1211 regulations of restrictive housing in Jail, "my
Not Guilty Verdict" can indeed be admirably opinioned an accessory
to launder all ill mannered requisits in league liesurely misstaken to
(213) cause these circumstantial constitutional right violations, undisputable. W. ↑ II
"I obey constantly accumulating irreconcilable rhythm in lieu
(214) of Justice. W. ↑ II

3/

Defendant #2   "Five Million Dollars"
$5,000,000.00

page ~~[redacted]~~ Statement of Claims, against Sheriff Bill Elder
                                                    Injunctive relief
Claim # ~~[redacted]~~ (Amendment 14 Violations) Jury trial, Monetary relief

Atypical erroneous reports have given me unfair an bias opportunity to be heard, during the loathsome endeavors afforded to plead my resumed unconstitutional situation. No reverence, Just bitterly administering out confinement time in inexcusable excesses. I assure you sanctions other than disciplinary time have in no way been utilized. Excruciating infatuation with such ailing ministrations, opposed to giving me the cardinal opportunity of being heard with regard to these punitive measures, has been non-existent. Many hearings have been simply wrought with ill mannered requisits claiming refusals to sign and administering waivers of hearings effusively.

"Understanding of the psychological distress caused by unvoluntarily placing people in 23-1 for inhumane durations is not only objectionable, but too a heinous crime." Every friendly overture or cardial conquest I've attempted to communicate the insufferable nature of this 23-1 enviornment in lieu of some resolve, or the remotest chance some supervisor will adhere "my grievances" stating it's more than mere propaganda that these insufferable conditions have lead to multiple suicides has clearly gone disapproved. Insolence. Such morose behavior with the listlessness of ~~[redacted]~~ Sheriff Bill Elder's mannerisms has driven people where im unvoluntarily housed to commit suicide or attempt suicide at an alarming rate. All understanding of the psychological distress strident with the cruel and unusual manner in which this jails policies and customs delightfully, and wrongfully subject people to 23-1 for durations as long as they do is insufferable, and tarnishing all immediate embellishments prescribed verbatim HB-21-1211 Regulations of Restrictive housing in Jails.

Case 1:22-cv-02336-LTB   Document 1   Filed 06/24/22   USDC Colorado   Page 38 of 39
Case 1:22-cv-01832-UNA   Document 1   Filed 06/24/22   Page 38 of 39


32

page [blacked out] D. statement of Claim against Sheriff Bill Elder Defendant #2

Regarding atypical interest with obstructions of legitimate lapses by interfering and impersonating just movements with devious manipulations of time variables in the computer disciplinary time management system. (225) Acknowledging a couple prior disciplinary infractions in which I was found guilty incidents: 21D011001 10/26/22 five days, and incident 21C010268 11/27/21 fifteen days, how in gods name does the hole time in the computer relay that the time is merely subsiding February 11, 2022. Sixty unjustified days, how do you explain such ill mannered reflections of regiments. (227) Seditious acts supports the treasonous advocates of odious irreconcilable regiments utilized to manipulate time variables, especially when Deputies relayed to me personally in the past the aspects of when my disciplinary hole time started and stopped for both disciplinary actions.

"Radiant grotesque symbolications of devious aspects consume the integrity of this oppressive and lawless. excuse for an administration. W. G/h II

"Due process sentiments ought to be accurate and unchallenged as delicate sensibilities enclose pledging constitutional reverence, impromptu extremities whom go unjustified in quarrelsome variations meandering throughout primal insight tarnish all cordial ministrations providence in lieu of Justice." (230) W. G/h II

"Not capable of being fully described, only savored in my proud heart whos only crime is holding fast to what rights belong to em and are being taken away. (231) W. G/h II

"Neglect to align reliable geography in lieu of Justice facilitates unruly advocates." W. G/h II

"Inadequate reprieve assures disorder, inconjunctive to the demise of vigilant manuscripts earnest procession in lieu of Justice." W. G/h II



page __ of __      D. Statement of Claims against ~~_____~~    Defendant #2    Bill Elder
                                                                              Sheriff

"Not only does no man in a government hold power by personal right, but that he has no authority independent of those he governs. (239)

I have demonstrated that the depositories of the executive power are not the masters of the people, but its officers. That the people (myself) may establish or remove them as it pleases. That for these officers there is no question of contracting, but only of obeying." That in undertaking the ~~_____~~ functions which the state imposes on them, they only fulfill their duty as citizens, with no right of any kind to dispute the terms." (238)

• G. Request for Relief - Jury Trial; injunctive Relief; Monetary Relief

"Compensations correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of previous policy." (234)   W. E./ off

I am requesting a Jury Trial, and Monetary Relief in the amount of __ million Dollars, $2,000,000.00. __ Million Dollars from Defendant #2 ~~_____~~
~~_____~~ Also Injunctive Relief. (240) __ Million Dollars per claim.
Eight Million Dollars in all. 242
May 18
_____, 2022                    Truly, Willis Earl Jenkins Jr
                                W. E. /